# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>D. LAWHORN, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01602-JLT-BAK (PC)<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS AND GRANTING EXTENSION OF TIME**<br><br>(Doc. 8)<br><br>30-DAY DEADLINE |

       Plaintiff Ricardo Martinez ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action. Plaintiff has not paid the filing fee for this case. Therefore, on November 4, 2021, the Court issued an order directing Plaintiff to pay the filing fee or to submit an application to proceed *in forma pauperis* ("IFP") within 45 days. (ECF No. 3.) The order provided that "[f]ailure to comply w[ould] . . . result in dismissal of this action." (*Id.* at 1.) Although more than the allowed time passed, Plaintiff failed to submit an IFP application or to pay the filing fee.

       Accordingly, the Court issued findings and recommendations on January 19, 2022, recommending that this action be dismissed for Plaintiff's failure to pay the filing fee, failure to prosecute, and failure to obey a court order. (ECF No. 8.) The findings and recommendations provided 14 days to file objections thereto. (*Id.* at 2.) Plaintiff filed objections on February 2, 2022. (ECF No. 9.) Therein, Plaintiff states that he submitted a "trust account withdrawal order" from prison officials to pay the filing fee on December 3, 2021, and another on December 9,

2021. (*Id.* at 2.) Plaintiff attaches to his objections the apparent withdrawal order forms submitted to the prison's trust account office. (*Id.* at 3-4.) Plaintiff does not offer an explanation for why the Court has not yet received any payment.

Based on the foregoing, and in an abundance of caution, the Court WITHDRAWS its findings and recommendations to dismiss this action (ECF No. 8). The Court additionally GRANTS Plaintiff an extension of time to pay the filing fee. **Within 30 days** of service of this order, Plaintiff shall pay the filing fee of $402 in full. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **February 3, 2022**

UNITED STATES MAGISTRATE JUDGE