# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>D. LAWHORN, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01602-JLT-BAK (SAB) (PC)<br><br>**ORDER GRANTING FINAL EXTENSION OF TIME TO PAY FILING FEE**<br><br>(Doc. 11)<br><br>**30-DAY DEADLINE** |

Plaintiff Ricardo Martinez ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action. Plaintiff has not paid the filing fee for this case. Therefore, on November 4, 2021, the Court issued an order directing Plaintiff to pay the filing fee or to submit an application to proceed *in forma pauperis* ("IFP") within 45 days. (ECF No. 3.) The order provided that "[f]ailure to comply w[ould] . . . result in dismissal of this action." (*Id.* at 1.) Although more than the allowed time passed, Plaintiff failed to submit an IFP application or to pay the filing fee.

On January 19, 2022, the Court issued findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to pay the filing fee, failure to prosecute, and failure to obey a court order. (ECF No. 8.) The findings and recommendations provided 14 days to file objections thereto. (*Id.* at 2.)

Plaintiff filed objections on February 2, 2022. (ECF No. 9.) Therein, Plaintiff states that he submitted a "trust account withdrawal order" from prison officials to pay the filing fee on

1  December 3, 2021, and another on December 9, 2021. (*Id.* at 2.) Plaintiff attached to his
2  objections the apparent withdrawal order forms submitted to the prison's trust account office. (*Id.*
3  at 3-4.) Plaintiff did not offer an explanation for why the Court has not yet received any payment.
4  In response to Plaintiff's objections, the Findings and Recommendations (ECF No. 8) were
5  withdrawn by Order dated February 3, 2022. (ECF No. 10.) Plaintiff was granted an extension of
6  time of 30 days within which to pay the filing fee. (*Id.*)

7      On March 7, 2022,[1] Plaintiff filed "Objection[s] to Magistrate Judge's Findings and
8  Recommendations." (ECF No. 11.) The Court will construe Plaintiff's filing as a motion for a
9  further extension of time within which to pay the filing fee for the following reasons.

10      First, however, Plaintiff's "request to the court to force prison authorities to process[]
11  Plaintiff's requests of the filing fee for the case number" is denied. (ECF No. 11 at 1.) It is clear
12  from the documentation provided that prison authorities have concluded Plaintiff's earlier
13  requests to process the payment were incomplete.

14      Specifically, in correspondence directed to Plaintiff dated February 24, 2022, Associate
15  Warden, Business Services, J. Lewis advised Plaintiff that an inquiry had been conducted into his
16  concerns about the lack of issuance of $402 from his inmate trust account to pay the filing fee in
17  this action. (ECF No. 11 at 5.) Plaintiff was advised that "Trust Office records reflect an
18  incomplete $402 CDC-193 was returned" to Plaintiff on "January 13, 2022 with a notice stating
19  counselor approval [was] needed." (*Id.*) Plaintiff was "encouraged to follow the CDC-193
20  instructions provided January 13, 2022 and the Certified Inmate Statement Report instructions
21  provided October 25, 2021." (*Id.*)  There is no basis upon which to "force" prison authorities to
22  process Plaintiff's incomplete requests.

23      Plaintiff will be afforded a final opportunity within which to pay the filing fee as the
24  information before the Court indicates Plaintiff's prior requests or submissions to prison
25  authorities have been incomplete and are the reason for the delay. Plaintiff shall be given an

---

[1] Plaintiff signed the document on March 2, 2022. Therefore, while objections to the withdrawn Findings and Recommendations are not warranted, the document itself is otherwise timely as a response to the Court's February 3, 2022, order.

2

additional 30 days to accurately complete the required paperwork for submission to prison authorities and to accomplish the withdrawal of funds and payment of the required filing fee to this Court.

Based on the foregoing, the Court GRANTS Plaintiff a final opportunity to pay the filing fee. **Within 30 days** of service of this order, Plaintiff shall pay the filing fee of $402 in full. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 11, 2022**

UNITED STATES MAGISTRATE JUDGE