1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>D. LAWHORN, et al.,<br><br>                    Defendants. | Case No. 1:21-cv-01602-JLT-CDB (PC)<br><br>**ORDER REGARDING PLAINTIFF'S FILINGS OF MAY 23, 2022 AND NOVEMBER 10, 2022**<br><br>(Docs. 14 & 16) |

Plaintiff Ricardo Martinez ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action.

**RELEVANT BACKGROUND**

On May 23, 2022, Plaintiff filed a 20-page "Declaration." (Doc. 14.) The filing consists of a single page with the caption entitled "Declaration" and 19 pages of exhibits. (*Id*.)

On November 10, 2022, Plaintiff filed a 53-page "Declaration." (Doc. 16.) In this filing, Plaintiff declares he "summarized his relevant documents as lettered exhibits as evidence," and has attached copies of various documents to his declaration. (*Id*. at 1-2, ¶¶ 1-3.) Plaintiff further declares these documents "support his need to prove in/with reference to the Defendants untrue rules violations reports and of the untrue disciplinary hearing results." (*Id*. at 2, ¶ 4.) He further declares he is suffering from several physical ailments. (*Id*. at 2, ¶¶ 5-9.)

//

**DISCUSSION AND ORDER**

Plaintiff was advised in the First Informational Order in Prisoner/Civil Detainee Civil Rights Case, entered November 3, 2021, "[t]he Court will not serve as a repository for evidence. The parties may not file evidence (prison, disciplinary or medical records, witness affidavits, etc.) with the Court until it becomes necessary to do so in connection with a motion for summary judgment, trial or the Court requests otherwise. Evidence improperly submitted to the Court may be stricken/returned." (Doc. 2 at p. 3 [subheading J].)

Plaintiff may not file evidence in this action because it is not necessary. There is no pending motion for summary judgment or trial scheduled, nor has the Court requested any evidence be submitted.  The Court's only recourse considering Plaintiff's improper filings is to strike them.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's "Declaration" filed May 23, 2022 (Doc. 14) is STRICKEN; and

2.  Plaintiff's "Declaration" filed November 10, 2022 (Doc. 16) is STRICKEN.

Plaintiff's complaint has not yet been screened as required by 28 U.S.C. § 1915A(a). Plaintiff's complaint will be screened in due course. In the interim, Plaintiff is encouraged to review and familiarize himself with the First Informational Order previously entered in this action.

IT IS SO ORDERED.

Dated:   **November 16, 2022**

UNITED STATES MAGISTRATE JUDGE