UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. LAWHORN, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01602-JLT-CDB (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO OPT-OUT OF EARLY ADR**<br><br>**ORDER LIFTING STAY OF PROCEEDINGS**<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER AND CONSENT/DECLINE FORM** |

Plaintiff Ricardo Martinez is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint alleging Defendants Lawhorn, Mariscal and Pfeiffer violated Plaintiff's Eighth Amendment rights.

**I.    INTRODUCTION**

On May 17, 2023, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (Doc. 28.) The Court's order granted the parties 45 days within which to opt-in or opt-out of early ADR. (*Id*. at 2.)

//

On May 30, 2023, Plaintiff filed a notice of opt-out of early ADR. (Doc. 30.) As a result, the Court will lift the stay and the case will proceed. If the parties wish to set a settlement conference with the Court at a later date, they should so inform the Court. The parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

## II.     CONCLUSION AND ORDER

For the reasons given above, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request to opt out of post-screening early ADR (Doc. 30) is GRANTED;
2. The stay of this action (Doc. 28) is LIFTED;
3. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order and a consent/decline form to the parties; and,
4. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated:   **May 31, 2023**                                    _____
                                                                             UNITED STATES MAGISTRATE JUDGE