UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. LAWHORN, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01602-JLT-CDB (PC)<br><br>**ORDER GRANTING STAY OF MERITS-BASED DISCOVERY**<br><br>(Doc. 41) |

**I.     INTRODUCTION**

The Court issued its Discovery and Scheduling Order on May 31, 2023. (Doc. 33.)

On September 29, 2023, Defendants filed a motion for summary judgment, alleging Plaintiff failed to exhaust his administrative remedies prior to filing suit. (Doc. 37.)

On November 6, 2023, the Court issued its Order To Show Cause ("OSC") In Writing Why Action Should Not Be Dismissed For Failure To Obey Court Orders. (Doc. 40.) Because Plaintiff failed to file an opposition or statement of non-opposition to Defendants' motion for summary judgment, Plaintiff was ordered to show cause in writing to excuse his failure, or file an opposition or statement of non-opposition to the motion for summary judgment, within 21 days of the date of service of the order. Plaintiff' response to the OSC is due November 27, 2023.

On November 7, 2023, Defendants filed a Motion to Stay Merits-Based Discovery. (Doc. 41.) The time for Plaintiff to file an opposition or a statement of non-opposition to Defendants'

motion to stay merits-based discovery has not yet passed; however, the Court finds it unnecessary here.

## II. CONCLUSION AND ORDER

Good cause appearing, the Court **GRANTS** Defendants' motion (Doc. 41) to stay merits-based discovery pending resolution of Defendants' exhaustion-based motion for summary judgment. The Court also **VACATES** the discovery and dispositive motion deadlines, to be reset if appropriate. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:  **November 8, 2023**

UNITED STATES MAGISTRATE JUDGE